**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**LUIS CARLOS MENDOZA-SANTAMARIA** — **CASE NO. 1:26-CV-01415 SEC P**

**VERSUS** — **JUDGE TERRY A. DOUGHTY**

**KEITH DEVILLE ET AL** — **MAGISTRATE JUDGE HORNSBY**

# JUDGMENT

Considering the Unopposed Motion to Dismiss (styled as a "Motion to Dismiss for Lack of Jurisdiction") [Doc. No. 10] filed by Federal Respondents,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss is **GRANTED,** and Petitioner's Petition [Doc. No. 1] is therefore **DENIED AS MOOT AND DISMISSED WITHOUT PREJUDICE.**

MONROE, LOUISIANA, this 23rd day of September, 2026.

Terry A. Doughty
United States District Judge